972 A.2d 484

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Craig T. RUSSELL, Petitioner.**

**No. 25 MM 2009.**

Supreme Court of Pennsylvania.

May 20, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of May, 2009, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

972 A.2d 484

**Fernando RODRIGUEZ, Respondent**

v.

**Ali S. Shaman BEY a/k/a Sharman Bey, Petitioner.**

**No. 33 EM 2009.**

Supreme Court of Pennsylvania.

May 20, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of May, 2009, the Petition for Allowance of Appeal, which is treated as a Petition for Review, and the Application to Supplement Petition for Review are **DENIED.**